IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 01-S-0659-S |
| VERNON E. KREIDER, JR., | ) | |
| TIMOTHY E. KREIDER, | ) | |
| JOHN G. STIFF, | ) | |
| Defendants. | ) | |

FILED
01 JUN 13 AM 11: 11
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUN 13 2001

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendants Vernon E. Kreider, Jr. and Timothy E. Kreider pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendants Vernon E. Kreider, Jr. and Timothy E. Kreider on March 23, 2001; Defendants Vernon E. Kreider, Jr. and Timothy E. Kreider have failed to appear, plead, or otherwise defend.

2. Defendants Vernon E. Kreider, and Timothy E. Kreider are not infants or incompetent persons, nor have Defendants Vernon E. Kreider, Jr. and Timothy E. Kreider been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.



3. Defendants Vernon E. Kreider, Jr. and Timothy E. Kreider are indebted to Plaintiff in the principal sum of $325,718.57, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a) (2), accrued interest of $40,269.44 through June 6, 2001, at the rate of 10.25 percent per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum, administrative charges of $0.00, and costs of Marshal Service $202.43.

4. Plaintiff is due to recover from Defendants Vernon E. Kreider, Jr. and Timothy E. Kreider the total sum of $366,340.44, plus interest from June 6, 2001, until date of judgment at the rate of 10.25 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

Done this the 13th day of June, 2001.

_____
UNITED STATES DISTRICT JUDGE